1

2

3

4

5              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                         AT TACOMA

7    LYNN ANN HUST,
                                              Case No. C08-5435  RBL/KLS
8                Petitioner,
                                              ORDER ADOPTING REPORT AND
9         v.                                  RECOMMENDATION

10   STATE OF WYOMING, *et al*,

11               Respondents.

12
          The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and
13
     Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and
14
     Recommendation [Dkt. #8], and the remaining record, does hereby find and ORDER:
15
          (1)     The Court adopts the Report and Recommendation;
16
          (2)     Petitioner's Writ of Habeas Corpus (Dkt. # 1) is **Dismissed without Prejudice**;
17
          (3)     Petitioner's motion to stay (Dkt. # 4) is **Denied**; and
18
          (4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for
19
                  Respondent and to the Hon. Karen L. Strombom.
20
          DATED this 25th day of August, 2008.
21

22

23                                            RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE
24

25

26   ORDER - 1