# United States District Court

WESTERN DISTRICT OF WASHINGTON

LYNN ANN HUST

JUDGMENT IN A CIVIL CASE

v.

STATE OF WYOMING, et al

CASE NUMBER: C08-5435RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Petitioner's Writ of Habeas Corpus (Dkt. #1) is **Dismissed without Prejudice**; and

Petitioner's motion to stay (Dkt. #4) is **Denied**.

| August 26, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk