1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA

10   LYNN ANN HUST,

11                              Petitioner,          Case No. C08-5435RBL

12          v.                                       ORDER

13   THE STATE OF WYOMING, et al,

14                              Respondents.

15

16

17          THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #13]. Having

18   considered the entirety of the records and file herein, the Court finds and rules as follows:

19          "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the

20   absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which

21   could not have been brought to its attention earlier with reasonable diligence." CR 7(h)(1), Local Rules W.D.

22   Wash. This standard has not been met in this case. Plaintiff merely restates the same arguments he made in

23   prior filings in this case. Therefore, Plaintiff's Motion for Reconsideration [Dkt. #13] is **DENIED.**

24          **IT IS SO ORDERED.**

25

26

27

28

1         The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2 pro se.

3         Dated this 11th day of September, 2008.

4

5                                 RONALD B. LEIGHTON

6                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28